**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **COUNTY OF MONTGOMERY,**<br>Plaintiff,<br>*v.*<br>**DRC EMERGENCY SERVICES LLC, et al.,**<br>Defendants. | **CIVIL ACTION**<br><br>**NO. 26-3945-KSM** |

**ORDER**

**AND NOW**, this 20th day of October, 2026, upon consideration of Plaintiff the County of Montgomery's Motion to Remand (Doc. No. 15); Defendant DRC Emergency Services LLC's Opposition, which was joined by Defendant DebrisTech LLC (Doc. Nos. 19, 20); Plaintiff's Reply (Doc. No. 22); Defendants' sur-reply (Doc. No. 23); oral argument on the motion (Doc. Nos. 28, 29); the parties' post-oral argument letters (Doc. Nos. 26, 27); and for the reasons set out in the accompanying memorandum, it is **ORDERED** that the motion (Doc. No. 15) is **GRANTED**. This action is **REMANDED** to the Montgomery County Court of Common Pleas. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**IT IS SO ORDERED**.

*/s/ Karen Spencer Marston*
**KAREN SPENCER MARSTON, J.**